NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


ALAN SCOTT LEVE, DC #H49109, )
            )
   Appellant,     )
            )
v.           )
            )  Case No. 2D18-2722
STATE OF FLORIDA,    )
            )
   Appellee.     )
_____)

Opinion filed July 3, 2019.

Appeal from the Circuit Court for Polk
County; Wayne Durden, Judge.

Alan Scott Leve, pro se.

Ashley Moody, Attorney General,
Tallahassee, for Appellee.


PER CURIAM.


    Affirmed.


KELLY, MORRIS, and SLEET, JJ., Concur.